AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DURANTE PIERRE NIMMONS | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No.  1:22-CR-00003-001<br>USM No. 91159-509<br><br>Michael Simpkins<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions    Number 1 and 3    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Report to the probation officer within 72 hours of release from prison | May 29, 2024 |
| 3 | Notify the probation officer within 72 hours of being arrested | June 6, 2024 |

    The defendant is sentenced as provided in pages 2 through ___2___ . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition    Number 2    and is discharged as to such violation condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   9762

Defendant's Year of Birth:   1992

City and State of Defendant's Residence:

Americus, Georgia

February 25, 2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE
_____
Name and Title of Judge

03/17/2026
_____
Date

AO 245D      Judgment in a Criminal Case for Revocations
Rev. 12/19)      Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:       DURANTE PIERRE NIMMONS
CASE NUMBER:     91159-509

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     **Time Served**

**No Supervised Release to follow imprisonment.**

☐      The court makes the following recommendations to the Bureau of Prisons:

☐      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

☐      at _____  ☐   a.m.   ☐   p.m.   on   _____  .

☐      as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐      before 2 p.m. on   _____  .

☐      as notified by the United States Marshal.

☐      as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL